UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARASBY LOUIS COVINGTON,<br>　　　　　Plaintiff,<br><br>V.<br><br>CATHELEAN LITTLE and BRIAN<br>BAYLOR,<br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-CV-728-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court DISMISSES the action for failure to state a claim. The clerk shall close the case.

SO ORDERED. This 20th day of May, 2016.

**This Judgment Filed and Entered on May 20, 2016, and Copies To:**

Marasby Louis Covington　　　427 Green Lake Road, Rockingham, NC 28380 via US Mail

DATE:　　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

May 20, 2016　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk